## Ormsby Estate.

Argued April 23, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and NIX, JJ.

*Harry N. Moran, Jr.,* for appellant.

*Vincent J. Dopko,* Deputy Attorney General, for appellee.

OPINION PER CURIAM, July 1, 1974:
Decree affirmed. Costs on appellant.
Mr. Justice MANDERINO took no part in the decision of this case.